UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 05 B 52237
   LEONARD J CHAPLA
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-9764
```

---
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/13/05 and confirmed on 01/19/06.

   2.  The case was dismissed after confirmation, 07/20/2007.

   3.  The Debtor paid a total of $   5355.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| WELLS FARGO BANK | CURRENT MORTG | .00 | .00 | .00 |
| ECMC | UNSECURED | 7730.79 | .00 | 560.38 |
| BECKET & LEE LLP | UNSECURED | 13997.54 | .00 | 1007.52 |
| AT & T | UNSECURED | NOT FILED | .00 | .00 |
| AT & T | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9208.48 | .00 | 660.28 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 413.70 | .00 | 30.13 |
| CAPITAL ONE BANK | UNSECURED | 205.73 | .00 | 12.75 |
| CAPITAL ONE BANK | UNSECURED | 208.79 | .00 | 12.95 |
| CAPITAL ONE BANK | UNSECURED | 1013.36 | .00 | 62.88 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1493.46 | .00 | 107.50 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 403.99 | .00 | 29.04 |
| CITICARDS PRIVATE LABEL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 796.85 | .00 | 57.25 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 546.75 | .00 | 38.18 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 502.90 | .00 | 36.12 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1386.40 | .00 | 109.95 |
| MERRICK BANK | UNSECURED | NOT FILED | .00 | .00 |
| PHILLIPS 66 | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| SHELL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 380.69 | .00 | 21.92 |

          Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | .00 | .00 | 38289.43 | .00 | 38289.43 |

```
PRINCIPAL PAID                     .00         .00      2746.85          .00     2746.85
INTEREST PAID                      .00         .00          .00          .00          .00
TOTAL PAID                         .00         .00      2746.85          .00     2746.85
```
The Debtor's attorney, RONALD D CUMMINGS              , was allowed $   2700.00
and was paid $    306.00   direct and $   2394.00   through the plan.

The Trustee received $      214.15 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 10/10/07                   /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 05 B 52237 LEONARD J CHAPLA